# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISHONN COONEY**                                                                          **PLAINTIFF**

**VS.**                                          **4:21-CV-00798-BRW**

**MORRILTON POLICE**                                                                    **DEFENDANTS**
**DEPARTMENT,** *et al.*

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of September, 2021.


                                      Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE