IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**                                                                                              **PLAINTIFF**

**VS.**                                   **4:21-CV-00798-BRW**

**JERRY DON RAMEY,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of September, 2021.

                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE